IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAROLE DENISE BOLES**                                                                                        **PLAINTIFF**

v.                                       Case No. 4:20-cv-00710-KGB

**LINDSEY MANAGEMENT CO., INC. and
THE LINKS AT CADRON VALLEY
APARTMENTS MANAGEMENT
COMPANY, INC.**                                                                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of settlement and order of dismissal (Dkt. No. 29). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. This action is dismissed with prejudice, with each party to bear any remaining costs and attorneys' fees other than the amounts already paid pursuant to the executed Confidential Settlement Agreement and General Release.

It is so ordered this 20th day of April, 2022.

_____
Kristine G. Baker
United States District Judge